# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

# SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-1014
Owner: Jose Arnoldo Aguilar
Acres: 5.06

The remaining 5.06 acres from the original 15.21 acres as identified in the Warranty Deed with Vendor's Lien, Document #: 1992-293660, Volume 3371, Page 720, recorded on November 24, 1992, in the Deed Records of Hidalgo County:

That portion out of Lot Six (6), Block Twenty-Seven (27), Steele and Pershing Subdivision, Hidalgo County, Texas; said portion herein conveyed being more particularly described by metes and bounds as follows:

Commencing at the Northwest corner of Lot 6, Block 27, thence with the West line of said lot, also being the centerline of McColl Road, South 590.00 feet to the Northwest corner and PLACE OF BEGINNING;

Thence East, at 20.00 feet pass a One-Half (1/2) inch diameter iron rod set at the East R.O.W. of said road, at 1598.18 feet, in all to a One-Half(1/2) inch diameter iron rod set for the Northeast corner hereof;

Thence with the East line of said lot, South 00 degrees 06 minutes 32 seconds East, 247.07 feet pass a One-Half (1/2) inch diameter iron rod set at the North toe of an irrigation canal, at 397.00 feet in all to the Southeast corner of said lot for the Southeast corner hereof;

Thence South, 89 degrees 00 minutes 00 seconds West, 1441.17 feet to an inside corner of Lot 6, for an inside corner hereof;

Thence South 66 degrees 45 minutes 00 seconds West, 171.88 feet to the Southwest corner of Lot 6, for the Southwest corner hereof;

Thence with the West line of said lot, North at 141.65 feet pass a One-Half (1/2) inch diameter iron rod set at the North toe of said canal, at 492.65 feet in all to the PLACE OF BEGINNING, containing Fifteen and Twenty-One Hundredths (15.21) acres, more or less, of which Ten and Ninety-Seven Hundredths (10.97) acres of land is cultivated, and Four and Twenty Four Hundredths (4.24) acres are in canal R.O.W.

LESS - or- AS MODIFIED BY:

The 5.00 acres as identified in the Warranty Deed with Vendor's Lien, Document #: 1997-629774, recorded on October 13, 1997, in the Deed Records of Hidalgo County:

A 5.00 acre tract of land out of Lot 6, Block 27, Steele and Pershing Subdivision, Hidalgo County, Texas, according to the map recorded in Volume 8, Page 115, Deed Records in the Office of the County Clerk of Hidalgo County, Texas, reference to which is here made for all purposes, said 5 acres portion herein conveyed being more particularly describe by metes and bounds as follows, to-wit;

Commencing at the Northwest corner of Lot 6, Block 27;

Thence, with the West line of said Lot, being also the centerline of McColl Road, South 590.00 feet to the Northwest corner and Place of Beginning;

Thence, East at 20.00 feet pass a 1/2 inch diameter iron rod set at the East right-of-way of said road, at 1598.18 feet in all to a 1/2 inch diameter iron rod set for the Northeast corner hereof;

Thence, with the East line of said Lot, South 00 degrees, 06 minutes, 32 seconds East, 138.03 feet to a 1/2 inch diameter iron rod set for the Southeast corner hereof;

Thence, West at 1577.92 feet pass a 1/2 inch diameter iron rod set at the East right-of-way of said road, at 1597.92 feet in all to the Southwest corner hereof;

Thence, with the West line of said Lot, also being the centerline of McColl Road, North 138.03 feet to the PLACE OF BEGINNING.

LESS - or- AS MODIFIED BY:

The 5.15 acres as identified in the Gift Deed, Document #: 1998-700766, recorded on August 12, 1998, in the Hidalgo County Records:

A tract of land containing 5.15 acres more or less of Lot 6, Block 27, Steele and Pershing Subdivisions, Hidalgo County, Texas, according to the map recorded in Volume 8, Page 115, Deed Records in the Office of the County Clerk of Hidalgo County, Texas, reference to which is here made for all purposes; said 5.15 acre tract of land being more particularly described by metes and bounds as follows;

Beginning at a point, being South, 728.03 feet from the Northwest corner of Lot 6, Block 27, for the Northwest corner of this 5.15 acres tract;

Thence, East, passing a 1/2 inch diameter iron rod found 25.00 feet, a total distance 1597.92 feet to a 1/2 inch diameter iron rod found for the Northeast corner of this tract;

Thence, South, 108.80 feet to a found 1/2 inch diameter iron rod for the Southeast corner of this tract;

Thence, North 74 degrees, 48 minutes, 52 seconds West, 70.60 feet to a set 1/2 inch diameter iron rod for a point;

Thence, South 86 degrees, 09 minutes, 40 seconds West, 1381.35 feet to a set 1/2 inch diameter iron rod for a point;

Thence, South 81 degrees, 51 minutes 00 seconds West 127.80 feet to a set 1/2 inch diameter iron rod for a point;

Thence, West 25.00 feet to a point for the Southwest corner of this tract;

Thence, North 200.90 feet to the POINT OF BEGINNING and containing 5.15 acres of land more or less.

Tract: RGV-WSL-1014

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: RGV-WSL-1014
Owner: Jose Arnoldo Aguilar
Acreage: 5.06

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

# **SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-WSL-1014
Owner: Jose Arnoldo Aguilar
Acres: 5.06

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE G

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Arnoldo Aguilar**<br>P.O. Box 4206<br>Hidalgo, Texas 78557-3330 | RGV-WSL-1014<br>November 24, 1992 – Warranty Deed with Vendor's Lien - Document # 1992-293660 Volume 3371, Page 720; Deed Records of Hidalgo County<br><br>October 13, 1997 – Warranty Deed with Vendor's Lien - Document # 1997-629774; Deed Records of Hidalgo County<br><br>August 12, 1998 - Gift Deed - Document # 1998-700766; Deed Records of Hidalgo County |