IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO. | 7:18-CV-307 |
| § | | |
| 5.06 ACRES OF LAND, MORE OR § | | |
| LESS, SITUATE IN HIDALGO COUNTY, § | | |
| STATE OF TEXAS; AND JOSE § | | |
| ARNOLDO AGUILAR, § | | |
| § | | |
| Defendants. § | | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Jose Arnoldo Aguilar, resident of Hidalgo, Texas, identified as an interested party in Schedule G of the Complaint; and

2. United States of America, Plaintiff.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 10th day of October, 2018, I mailed a true and correct copy of the foregoing document by certified mail to the following:

**Jose Arnoldo Aguilar**
**P.O. Box 4206**
**Hidalgo, Texas 78557-3330**

*s/ Megan Eyes*
MEGAN EYES
Assistant United States Attorney